| United States District Court | Southern District of Texas |
|---|---|

WesternGeco, LLC, §
§
    Plaintiff, §
§
versus §    Civil Action H-14-3118
§
Multi Klient Invest AS, et al., §
§
    Defendants. §

## Order Transferring Case

By agreement of the judges, this case is transferred to the docket of Judge Lynn N. Hughes.

Signed on May 4, 2015, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge