## UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

WesternGeco, LLC      §
     §
*versus*      §      Civil Action 4:14–cv–03118
     §
Multi Klient Invest AS, et al.      §

# Order Setting Conference

1. A pre–trial conference will be held on:

   May 11, 2015
   at 02:30 PM in
   Judge Hughes's Chambers
   United States Court House
   515 Rusk Avenue, Room 11122
   Houston, Texas 77002.

2. To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

3. Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide motions, narrow issues, inquire about and resolve expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance.

5. Principal documents *must* have been exchanged well before the conference.

Signed on May 6, 2015, at Houston, Texas.

Lynn N. Hughes    USDJ
United States District Judge