| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
October 25, 2016
David J. Bradley, Clerk

WesternGeco, L.L.C., §
§
        Plaintiff, §
§
versus §    Civil Action H-14-3118
§
Multi Klient AS, *et al.*, §
§
        Defendants. §

## Order Staying Case

1. The exclusive economic zone is not United States territory.

2. This case is stayed pending the resolution of *WesternGeco, L.L.C., v. ION Geophysical Corporation*, Civil Actions 13-1527, 14-1121, 14-1526, and 14-1528, in the United States Court of Appeals for the Federal Circuit.

3. By April 24, 2017, the parties will jointly report the status of the case.

Signed on October 25, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge